# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, DEL RIO DIVISION

| | |
|---|---|
| United States of America | § |
| | § CRIMINAL COMPLAINT |
| vs. | § CASE NUMBER: DR:26-M -00139(1) |
| | § |
| (1) Maximiliano ARELLANO | § |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **January 06, 2026 in Uvalde** county, in the **WESTERN DISTRICT OF TEXAS** defendant(s) did, Forcibly assaulting, resisting, opposing, impeding, intimidating, and interfering with a United States Border Patrol Agent while the agent was engaged in, and on account of, the performance of official duties.

in violation of Title     **18**     United States Code, Section(s)     **111(a)(1)**
.

I further state that I am a(n) **Border Patrol Agent, PENA, CARLOS A.** and that this complaint is based on the following facts: *"On January 6, 2026, at the James R. Dominguez Checkpoint on Highway 90 near Uvalde, Texas, a black sedan bearing license plate #SJJ6047 was sent to secondary after a canine alerted his partner to the vehicle. Passenger Maximiliano ARELLANO became combative, refused commands, pushed off the vehicle and struck a Border Patrol agent in the chest, then resisted on the ground by keeping his hands under his body; after a Taser drive-stun, ARELLANO continued*

**Continued on the attached sheet and made a part of hereof.**

Sworn to before me and subscribed in my presence,     /s/ PENA, CARLOS A.
                                                      Signature of Complainant
                                                      PENA, CARLOS A.
                                                      Border Patrol Agent

01/08/2026                                     at     DEL RIO, Texas
File Date                                             City and State

JOSEPH A CORDOVA
UNITED STATES MAGISTRATE JUDGE                        Signature of Judicial Officer

# WESTERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

vs.  Case Number: DR:26-M -00139(1)

(1) Maximiliano ARELLANO

**Continuation of Statement of Facts:**

resisting until agents were able to restrain and handcuff him."

_____  
Signature of Judicial Officer

/s/ PENA, CARLOS A.  
Signature of Complainant