FILED
February 4, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By:      VJP
Deputy

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | Cause No.: **DR:26-CR-00263-EG** |
| v. | § § § | **INDICTMENT** |
| MAXIMILIANO ARELLANO, | § § § § | [COUNT 1: 18 U.S.C. § 111(a)(1): Assaulting, Resisting or Impeding Certain Officers or Employees.] |

THE GRAND JURY CHARGES:

COUNT ONE
[18 U.S.C. § 111(a)(1)]

On or about January 6, 2026, in the Western District of Texas, Defendant,

MAXIMILIANO ARELLANO,

did intentionally forcibly assault, resist, oppose, impede, intimidate, and interfere with United States Border Patrol Agent P.P. who is an officer and employee of an agency of the United States, while said agent was engaged in and on account of the performance of his official duties, and such acts involved physical contact with said agent, all in violation of Title 18, United States Code, Section 111(a)(1)].

A TRUE BILL.



FOREPERSON

JUSTIN R. SIMMONS
United States Attorney

By: _____
    CARLI TUTTLE
    Assistant United States Attorney